PD-0299-15

3-14-15

Dear Court of Criminal Appeals

I have no lawyer and is Representing myself for a petition for discretionary review. I feel my court Appointed lawyer didn't give me a good representation on my appeal. But my unit is currently on lock down so I have no way to get to the Law Liabrary, so I would like to request an extension so that I may prepare my Petition for discretionary review.

Thank you.

Darren Green v The State of Texas
Trial Court No: F11-62506-K
Appellate Court No: 05-13-00218-CR

Darren Green

FILED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 18 2015

Abel Acosta, Clerk